Local Form 4A                                                                       June 2015

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## *CHARLOTTE* DIVISION

| | |
|---|---|
| In re: ) | Case No. 16-31148 |
| ) | |
| Ronald M. Heafner, II ) | |
| Tammy G. Heafner ) | |
| ) | Chapter 13 |
| TIN: XXX-XX- 5901 and XXX-XX-2819 ) | |
| ) | |
| Debtor(s) ) | |

### AMENDMENT TO:

### CHAPTER 13 PLAN, INCLUDING NOTICE OF MOTION(S) FOR VALUATION; MOTION(S) TO AVOID CERTAIN LIENS; MOTION(S) FOR ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN INCLUDING ALL MATTERS AS SET FORTH IN THE PLAN,
### FOR CASES FILED ON OR AFTER JUNE 1, 2015

Check for motions applicable to this plan amendment:

( ) **Motion to Value Liens Includes Valuation of Property Securing A Claim**
( ) **Motion to Value Liens includes Valuation of Property Securing A Claim in an Amount Less than the Amount of the Claim**
( ) **Motion to Avoid Liens § 522(f)**
( ) **Motion to Assume Executory Contracts(s) and Unexpired Leases**
( ) **Motion to Reject Executory Contract(s) and Unexpired Leases**
(x) **No motions applicable to this plan amendment**

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

Section 2a is amended to change treatment of Truliant FCU claim to avoid

TAKE NOTICE: Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained in the amended plan, and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the proposed plan of the debtor or debtors ("Debtor") as amended, including any of the motions included in the amended plan, or if you want the Court to consider your views on these matters, then you or your attorney must file with the Court a written objection to confirmation and request for hearing on confirmation at the following addresses:

Cases filed in the **Charlotte, Shelby, or Statesville** Divisions:

Clerk, U.S. Bankruptcy Court, 401 West Trade St., Room 111, Charlotte, N.C. 28202

Cases filed in the **Asheville or Bryson City** Divisions:

Clerk, U.S. Bankruptcy Court, Room 112, 100 Otis Street, Asheville, N.C. 28801

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 14 days following the conclusion of the § 341 meeting of creditors, or within 14 days of service of the amendment, whichever is later. If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above. You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors. The Debtor's attorney and the Chapter 13 Trustee will be served electronically. If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing. No hearing will be held unless an objection to confirmation is filed.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended, including any motions contained in the amended plan, and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in the Amendment to Chapter 13 Plan, including Notice of Motion(s) for Valuation; Motion(s) to Avoid Certain Liens; and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Leases; are true and correct as to all matters set forth herein.

Dated_____

_____
Debtor's Signature

Dated_____

_____
Debtor's Signature

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

Dated_____

_____
Attorney for the Debtor

[Attach Certificate of Service if Served on Creditor(s)]

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date served the attached Amendment to the Chapter 13 Plan on the following persons, either through electronic filing or by depositing a copy thereof, in the post paid first class envelope, in a Post Office depository, property addressed to each such party:

Warren Tadlock, Trustee (VIA ECF)

Truliant Federal Credit Union
3200 Truliant Way
Winston Salem, NC 27103

Dated: September 8, 2016
Joseph M Bochicchio, PLLC

/s/ Joseph M. Bochicchio

Joseph M Bochicchio
State Bar # 28244
6025 Blakeney Park Dr  Ste 130
Charlotte, NC 28277
joe@debtlawhelp.com