**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO:  16-31148 |
| Ronald M Heafner, II | |
| Tammy G Heafner | Chapter 13 |
| SSN# : XXX-XX-5901 | |
| SSN# : XXX-XX-2819 | |

**MOTION OF TRUSTEE TO MODIFY PLAN**

The undersigned, being the Standing Trustee for the debtors listed above, hereby moves the court as follows:

Subsequent to the confirmation, the trustee has reviewed this case and believes the plan of the debtors will no longer meet the requirements of the bankruptcy code due to the following reason:

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Scheduled Claim Amnt | Asserted Claim Amnt | Claim Type |
|---|---|---|---|---|---|---|
| 4 | 6 | MTGLQ INVESTORS LP | 6719 | $124,199.00 | $125,001.29 | M-Mortgage/Lease |
| 20 | 9 | GASTON COUNTY TAX COLLECTOR | 9800 | $0.00 | $483.63 | S-Secured-Pro-Rata |

Post confirmation, MTGLQ INVESTORS LP filed a Notice of Mortgage Payment Change (NPC) which increased the debtor's monthly conduit payment. Additionally, GASTON COUNTY TAX COLLECTOR claim was not provided for in the existing plan and plan payments are in arrears. The plan is not sufficient to pay all claims as required by the order of confirmation and applicable law.

**The trustee recommends that the plan be modified as follows:**

Your monthly plan payment will be increased to $2560.00.

DATED: August 08, 2017                    Warren L. Tadlock
                                          Standing Chapter 13 Trustee
                                          5970 Fairview Road, Suite 650
                                          Charlotte, NC  28210-2100

**"Important Information on Reverse Side"**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:
Ronald M Heafner, II                                         CASE NO:  16-31148
Tammy G Heafner
SSN# :  XXX-XX-5901                                          Chapter 13
SSN# :  XXX-XX-2819

## NOTICE OF OPPORTUNITY FOR HEARING

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtors named above requesting a <u>Motion to Modify Plan.</u>

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested by the trustee in the motion, or if you want the court to consider your views on the motion, then by August 30, 2017 you or your attorney must file with the court a written response to the motion and a request for a hearing at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 401 W Trade St.
> Charlotte, NC  28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

If you file a response, then a hearing on the trustee's motion will be held at the following time and place:

Date: September 12, 2017              Time: 10:00 AM

Location:         CHARLES JONAS FEDERAL BUILDING
                  COURTROOM 1-5
                  401 WEST TRADE STREET
                  CHARLOTTE, NC 28202-1619

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  August 08, 2017                                     Warren L. Tadlock
                                                            Standing Chapter 13 Trustee
                                                            5970 Fairview Road, Suite 650
                                                            Charlotte, NC  28210-2100

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:
Ronald M Heafner, II
Tammy G Heafner
SSN# : XXX-XX-5901
SSN# : XXX-XX-2819

CASE NO:  16-31148

Chapter 13

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on August 09, 2017.

                            D. Morales
                            Office of the Chapter 13 Trustee

CAPITAL ONE BANK (USA) NA, PO BOX 71083, CHARLOTTE, NC 28272
CW NEXUS CREDIT CARD HOLDINGS 1 LLC, RESURGENT CAPITAL SERVICES, PO BOX 10368, GREENVILLE, SC 29603-0368
DIRECTV LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008
DR FARID HANACHI, 1377 A EAST GARRISON BLVD, GASTONIA, NC 28054
GASTON COUNTY TAX COLLECTOR, 128 W MAIN STREET, GASTONIA, NC 28052
GASTON COUNTY TAX COLLECTOR, PO BOX 1578, GASTONIA, NC 28053-1578
HUTCHENS LAW FIRM, BANKRUPTCY DEPARTMENT, PO BOX 2505, FAYETTEVILLE, NC 28302
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090
MRS BPO LLC, 1930 OLNEY AVENUE, CHERRY HILL, NJ 08003
MTGLQ INVESTORS LP, C/O RUSHMORE LOAN MANAGEMENT SERVICES, PO BOX 52708, IRVINE, CA 92619-2708
MTGLQ INVESTORS LP, C/O RUSHMORE LOAN MANAGEMENT, PO BOX 55004, IRVINE, CA 92619-2708
NCDR, PO BOX 25000, RALEIGH, NC 27640
QUANTUM 3 LLC, as agent for JH Portfolio Debt Equities LLC, PO BOX 788, Kirkland, WA 98083
Ronald M Heafner, II, Tammy G Heafner, 900 Union Hope Rd, Gastonia, NC 28056
ST JOHN COBB INC, 209 DELBURG STREET STE 106, DAVIDSON, NC 28036
TRULIANT FEDERAL CREDIT UNION, 3200 TRULIANT WAY, WINSTON SALEM, NC 27103

Total Served:17

UNDELIVERABLE MAIL (Insufficient Mailing Address)

Total:0